**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br>*Plaintiff,*<br><br>vs.<br><br>DEBT RELIEF ADVOCATES, LLC, LINDSAY OGLESBY, JEFFREY NICKEL, HYUNG PARK, CORDOBA LEGAL GROUP PLLC, aka CORDOBA LEGAL GROUP LLC, ALFREDO CORDOBA, SET FORTH, INC, JUAN CAHUE, MICHAEL MCKNIGHT, LAW OFFICE OF PETER M. DAIGLE, P.C., THE aka DAIGLE LAW, and PETER M. DAIGLE,<br><br>*Defendants*. | Case No. 1:24-cv-04776<br><br>Judge Sara L. Ellis<br>Magistrate Judge M. David Weisman |

**NOTICE OF SETTLEMENT**

Plaintiff, Jorge Alejandro Rojas, notifies the Court that a settlement has been reached in this matter, which will dispose of this action with prejudice as to all Defendants. The parties are in the process of consummation of the settlement. Plaintiff requests all deadlines be vacated in light of this settlement. Plaintiff anticipates filing a notice of voluntary dismissal with prejudice as to all Defendants within the next twenty-one (21) calendar days.

Respectfully Submitted,

Dated: July 3, 2024.

/s/ *Jorge Alejandro Rojas*

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
*Plaintiff in Pro Se*

**CERTIFICATE OF SERVICE**

A copy of this filing will be sent to each Defendant via mail to their last known address.

*/s/ Jorge Alejandro Rojas*